UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KARL KRAUS JR.                                                                                         Petitioner

v.                                                                    Civil Action No. 3:22-CV-P134-RGJ

COMMONWEALTH OF KENTUCKY                                                                Respondent

\* \* \* \* \*

## ORDER

For the reasons set forth in the separate Memorandum entered this date, and being otherwise sufficiently advised,

**IT IS ORDERED** that the "60-B Motion" [DE 1] is **DENIED** and that the instant action is **DISMISSED**.

**IT IS FURTHER ORDERED** that all pending motions [DEs 3-7 and 12] are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final and appealable** Order.

The Court **certifies** that an appeal *in forma pauperis* would be frivolous and therefore not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: August 29, 2022

Rebecca Grady Jennings, District Judge
United States District Court

cc:   Petitioner, *pro se*
      Attorney General, Commonwealth of Kentucky,
         Office of Criminal Appeals, 1024 Capital Center Drive, Frankfort, KY 40601
A961.005